UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

STATIONARY ENGINEERS, FIREMEN,                ORDER OF DISMISSAL
MAINTENANCE AND BUILDING SERVICE
UNION LOCAL 670

    -against-                                                                  CV-05-1173 (DRH)

1663 EASTBURN AVENUE, LLC
-----------------------------------------------------------------------X
  1663 EASTBURN AVENUE, LLC, Counter Claimant

    - against-

STATIONARY ENGINEERS, FIREMEN,
MAINTENANCE AND BUILDING SERVICE
UNION LOCAL 670
-----------------------------------------------------------------------X


      The Court having been informed by magistrate Judge Wall on may 31, 2007 that the case has settled,

      IT IS HEREBY ORDERED that the case is dismissed without prejudice. Counsel shall file an stipulation of dismissal with prejudice with in 60 days of the date of this order.

The Clerk is directed to close this case.

      SO ORDERED.


                                        /s/
                              DENIS R. HURLEY
                          United States District Judge

Dated: Central Islip, New York
       July 6, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

STATIONARY ENGINEERS, FIREMEN,      ORDER OF DISMISSAL
MAINTENANCE AND BUILDING SERVICE
UNION LOCAL 670

    -against-      CV-05-1173 (DRH)

1663 EASTBURN AVENUE, LLC
------------------------------------------------------------------------X
  1663 EASTBURN AVENUE, LLC, Counter Claimant

    - against-

STATIONARY ENGINEERS, FIREMEN,
MAINTENANCE AND BUILDING SERVICE
UNION LOCAL 670
------------------------------------------------------------------------X

    The Court having been informed by magistrate Judge Wall on may 31, 2007 that the case has settled,

    IT IS HEREBY ORDERED that the case is dismissed without prejudice. Counsel shall file an stipulation of dismissal with prejudice with in 60 days of the date of this order.

The Clerk is directed to close this case.

    SO ORDERED.

                                 /s/
                          DENIS R. HURLEY
                      United States District Judge

Dated: Central Islip, New York
      July 6, 2007